**Electronically Filed
Supreme Court
SCWC-18-0000705
15-JUL-2019
09:37 AM**

SCWC-18-0000705

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF EA

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000705; FC-S NO. 16-00187)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Mother-Appellant C.A.'s application for writ of certiorari filed on May 17, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson